IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THASHA A. BOYD, : | |
| : | |
| Plaintiff, : | |
| : | |
| v.   : | CIVIL ACTION NO. |
| : | 1:18-CV-0525-MHC-JSA |
| STEVEN T. MNUCHIN, in his official : | |
| capacity as Secretary of the Treasury, : | |
| : | |
| Defendant. : | |

**O R D E R**

The parties having jointly requested a stay of discovery, and for good cause shown, the Court hereby **GRANTS** the Joint Motion to Stay Discovery [18] and **STAYS** the discovery period in this case until **ninety (90) days** after the date of this Order. The Clerk is **DIRECTED** to administratively close this case. This closure is not a dismissal, and does not preclude the filing of documents, and the case will be re-opened at any time if necessary. The parties are **ORDERED** to file a status report with the Court on or before the date of expiration of this stay. This action will be re-opened if necessary at that time.

**IT IS SO ORDERED** this 2nd day of July, 2018.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE